# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
NOBLE SHEKHEM DAAWUUD EL      *
AMEN RA BEY,                  *
                              *
              Plaintiff,      *    No. 22-48C
       v.                     *    Filed: February 16, 2022
                              *
UNITED STATES,                *
                              *
              Defendant.      *
                              *
* * * * * * * * * * * * * *
```

**O R D E R**

On January 13, 2022, plaintiff Noble Shekhem Daawuud El Amen Ra Bey filed a pro se complaint in this court. On January 14, 2022, the Clerk of the Court sent plaintiff a notice which stated, in part,

> the court has not received the required filing fee of $402.00 or a completed application to proceed *in forma pauperis.* See 28 U.S.C. 1926(a) and Rule 77.1(c) of the Rules of the United States Court of Federal Claims; 28 U.S.C. 1915. Because plaintiff has neither paid the filing fee nor provided an application to proceed *in forma pauperis*, plaintiff is hereby notified that the court may dismiss the complaint.

On January 14, 2022, the court issued an Order instructing plaintiff to pay the required filing fee or file a completed application to proceed *in forma pauperis* by February 14, 2022. As indicated in the court's January 14, 2022 Order: "Failure to either pay the required filing fee or file a completed application to proceed *in forma pauperis* will result the dismissal of the above captioned case." As of February 16, 2022, plaintiff has not submitted the filing fee or filed a completed application to proceed *in forma pauperis.* Therefore, plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**